DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

LA'VANTE PERRY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-3072

_____

November 15, 2023

Appeal from the Circuit Court for Hillsborough County; Laura E. Ward, Judge.

Howard L. Dimmig, II, Public Defender, and Jeri Delgado, Assistant Public Defender, Bartow, for Appellant.

PER CURIAM.

Affirmed.

SILBERMAN, LaROSE, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.